**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
Acting County Attorney



**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

January 21, 2022

**Via ECF**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          Re: <u>Smith v. County of Nassau, et al.</u>
            2:18-CV-6726 (AYS)

Dear Judge Shields,

  The County Attorney's Office represents Defendants County of Nassau, Corporal C. Accordino (Shield No. 287), Correction Officer Weis (Shield No 2796), and Correction Officer Steele in the above-referenced action. I write this letter with the consent of Andrew Plasse, Esq., counsel for the Plaintiff.

  We are pleased to report to the Court that the matter is settled and to request that the Court grant the parties thirty (30) days to file the necessary stipulations and settlement documents.

  I thank the Court for its continued courtesies.

               Respectfully submitted,

               *Callan W. Tauster*

               Callan W. Tauster
               Deputy County Attorney

cc: Andrew Plasse, Esq. (*Via ECF*)

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**